| | |
|---|---|
| CISLO & THOMAS LLP<br>Mark D. Nielsen, State Bar No. 210,023<br>mnielsen@cislo.com<br>12100 Wilshire Boulevard, Suite 1700<br>Los Angeles, CA 90025<br>310-451-0647<br><br>Attorneys for Plaintiff ADVANCED STEEL RECOVERY, LLC | LOCKE LORD LLP<br>Robert Harkins, State Bar No. 179525<br>robert.harkins@lockelord.com<br>44 Montgomery Street, Suite 4100<br>San Francisco, CA 94104<br>415-318-8810<br><br>Attorneys For Defendants J.D.M.L., INC. dba STANDARD INDUSTRIES, X-BODY EQUIPMENT, INC., and JEWELL ATTACHMENTS, LLC<br><br>Lauren Keller Katzenellenbogen (SBN 223,370)<br>lauren.katzenellenbogen@knobbe.com<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, Fourteenth Floor<br>Irvine, CA 92614<br>Telephone: (949) 760-0404<br>Facsimile: (949) 760-9502<br><br>Attorneys for Defendant ALLSTATE PAPER & METAL RECYCING CO., INC. |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ADVANCED STEEL RECOVERY, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>X-BODY EQUIPMENT, INC.,<br>JEWELL ATTACHMENTS, LLC, J.D.M.L., INC. dba STANDARD INDUSTRIES, and ALLSTATE PAPER & METAL RECYCLING CO., INC.,<br><br>  Defendants. | CASE NO. 2:16-CV-00148-KJM-EFB<br><br>[~~PROPOSED~~ ORDER] GRANTING STIPULATED JOINT MOTION TO SEVER AND STAY CASE AS TO DEFENDANTS J.D.M.L., DBA STANDARD INDUSTRIES AND ALLSTATE PAPER & METAL RECYCLING CO., INC. TO RESPOND TO COMPLAINT<br><br>Hon. Kimberly J. Mueller<br>Courtroom 3, 15th Floor |

Having considered the joint stipulated motion of all parties in the above-entitled lawsuit to sever and stay the lawsuit as to defendants J.D.M.L., Inc. dba Standard Industries ("Standard") and Allstate Paper & Metal Recycling Co., Inc. ("Allstate"), and good cause appearing therefore, the MOTION IS HEREBY GRANTED.  *See In re Nintendo of Am., Inc.*, 756 F.3d 1363, 1365 (Fed. Cir. 2014) ("When a patent owner files an infringement suit against a manufacturer's customer and the manufacturer then files an action of noninfringement or patent invalidity, the suit by the manufacturer generally take precedence . . . . for it is the manufacturer who is generally the 'true defendant' in the dispute.").

The lawsuit is hereby severed as to defendant Standard, and that case is stayed pending the outcome of the patent infringement claim by plaintiff Advanced Steel Recovery, LLC ("ASR") against defendants X-Body Equipment, Inc. ("X-Body") and Jewell Attachments, LLC ("Jewell").

Independently, the lawsuit is hereby severed as to defendant Allstate, and that case is stayed pending the outcome of the patent infringement claim by ASR against X-Body and Jewell. *See* 35 U.S.C. § 299(a)(1) (multiple defendants cannot be joined in one patent action unless the right to relief asserted in the complaint arises "out of the same transaction, occurrence, or series of transactions or occurrences relating to the making, using, importing into the United States, offering for sale, or selling of the same accused product"); Fed. R. Civ. P. 21 (the court may sever any claim against a party that is misjoined); *see also Mednovus, Inc. v. QinetiQ Grp. PLC*, No. 2:12-03487, 2012 WL 4513539 (C.D. Cal. Oct. 1, 2012).

IT IS SO ORDERED.

DATED:  March 30, 2016

_____
UNITED STATES DISTRICT JUDGE