Daniel M. Cislo, Esq., No. 125,378
  *dan@cislo.com*
Mark D. Nielsen, Esq., No. 210,023
  *mnielsen@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Plaintiff,
ADVANCED STEEL RECOVERY, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED STEEL RECOVERY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> X-BODY EQUIPMENT, INC., JEWELL ATTACHMENTS, LLC, J.D.M.L., INC. dba STANDARD INDUSTRIES, and ALLSTATE PAPER & METAL RECYCLING CO., INC. <br><br> Defendants. | Case No. 2:16-cv-00148-KJM-EFB <br><br> [Hon. Kimberly J. Mueller] <br><br> **ORDER CONTINUING HEARING DATE ON DEFENDANTS' MOTION TO DISMISS AND FOR SANCTIONS** <br><br> Current Date: May 6, 2016 <br> Time: 10:00 a.m. <br> Place: Courtroom 3, 15th Floor <br><br> New Date: June 3, 2016 <br> Time: 10:00 a.m. <br> Place: Courtroom 3, 15th Floor |

## ORDER

Plaintiff, Advanced Steel Recovery, LLC ("Plaintiff" or "ASR") and Defendants X-Body Equipment, Inc. and Jewell Attachments, LLC ("Defendants") have jointly moved the court and requested that the hearing date for Defendants' Motion to Dismiss and for Sanctions be moved from May 6, 2016 to June 3, 2016, and that the briefing schedule on such motion be modified.

Upon considering the parties' joint motion, and finding good cause for the requested relief, **IT IS HEREBY ORDERED THAT**:

(1) The hearing date on Defendants' Motion to Dismiss and for Sanctions shall be continued to June 3, 2016 at 10:00 a.m.

(2)   Plaintiff's opposition papers shall be due on May 13, 2016.

(3)   Defendants' reply papers shall be due on May 27, 2016.

(4)   The Initial Scheduling Conference previously set for May 26, 2016 is VACATED and RESET to June 3, 2016 at 10:00 a.m. in Courtroom 3 before District Judge Kimberly J. Mueller.

(5)   This Order resolves ECF No. 26.

**IT IS SO ORDERED**.

Dated:  April 19, 2016

_____
UNITED STATES DISTRICT JUDGE

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 Wilshire Boulevard, Suite 1700
Los Angeles, CALIFORNIA 90025
Telephone: (310) 451-0647   Facsimile: (310) 394-4477
www.cislo.com

[Proposed] Order Continuing Hearing Date on
Defendants' Motion to Dismiss and for Sanctions

2

Case No. 2:16-cv-00148-KJM-EFB