Daniel M. Cislo, Esq., No. 125,378
   *dan@cislo.com*
Mark D. Nielsen, Esq., No. 210,023
   *mnielsen@cislo.com*
C. Wook Pak, Esq., No. 244,780
   *wpak@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Fax: (310) 394-4477

Attorneys for Plaintiff,
ADVANCED STEEL RECOVERY, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED STEEL RECOVERY, LLC, | Case No. 2:16-cv-00148-KJM-EFB |
| Plaintiff, | [Hon. Kimberly J. Mueller] |
| vs. | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME REGARDING PLAINTIFF'S RESPONSE TO DEFENDANTS' AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS** |
| X-BODY EQUIPMENT, INC., JEWELL ATTACHMENTS, LLC, J.D.M.L., INC. dba STANDARD INDUSTRIES, and ALLSTATE PAPER & METAL RECYCLING CO., INC. | [Pursuant to Fed. R. Civ. P. 6] |
| Defendants. | |

**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME**

Case No. 2:16-cv-00148-KJM-EFB

# ORDER

Pursuant to Fed. R. Civ. P. 6, Plaintiff, Advanced Steel Recovery, LLC ("Plaintiff" or "ASR") and Defendants X-Body Equipment, Inc. and Jewell Attachments, LLC ("Defendants") jointly stipulated to extend ASR's deadline to answer or otherwise respond to the Defendants' Amended Answer to First Amended Complaint and Counterclaims (Docket 76) from October 31, 2017 to November 14, 2017.

Upon considering the parties' joint stipulation and finding good cause for the requested relief, **IT IS HEREBY ORDERED THAT** the deadline for ASR to answer or otherwise respond to the Defendants' Amended Answer to First Amended Complaint and Counterclaims (Docket No. 76) is due by no later than November 14, 2017.

**IT IS SO ORDERED**.

Dated: October 25, 2017.

_____
UNITED STATES DISTRICT JUDGE