Daniel M. Cislo, Esq., No. 125,378
   *dan@cislo.com*
Mark D. Nielsen, Esq., No. 210,023
   *mnielsen@cislo.com*
C. Wook Pak, Esq., No. 244,780
   *wpak@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Fax: (310) 394-4477

Attorneys for Plaintiff,
ADVANCED STEEL RECOVERY, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED STEEL RECOVERY, LLC, | Case No. 2:16-cv-00148-KJM-EFB |
| Plaintiff, | [Hon. Kimberly J. Mueller] |
| vs. | **ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' AMENDED COUNTERCLAIMS** |
| X-BODY EQUIPMENT, INC., JEWELL ATTACHMENTS, LLC, J.D.M.L., INC. dba STANDARD INDUSTRIES, and ALLSTATE PAPER & METAL RECYCLING CO., INC. | |
| Defendants. | |

# ORDER

Plaintiff, Advanced Steel Recovery, LLC ("Plaintiff" or "ASR") and Defendants X-Body Equipment, Inc. and Jewell Attachments, LLC ("Defendants"), by and through their respective counsel of record, have submitted a stipulation to the Court requesting that Plaintiff's deadline to answer or otherwise respond to the Defendants' Amended Counterclaims (Docket 76) be extended from November 14, 2017 to November 28, 2017.

Upon considering the parties' stipulation, and finding good cause for the requested relief, **IT IS HEREBY ORDERED THAT**:

(1) Plaintiff shall have until November 28, 2017 to answer or otherwise respond to Defendants' Amended Counterclaims;

(2) Should Plaintiff file a motion regarding Defendants' Amended Counterclaims, it will be noticed for January 26, 2018; and,

(3) Should Plaintiff file a motion regarding Defendants' Amended Counterclaims and notice it for January 26, 2018, the parties agree upon a briefing schedule that avoids undue interference with the parties' proposed briefing schedule on claim construction, as well as the upcoming holidays, to the extent possible (i.e., moving papers filed on or before November 28, 2017; opposition papers filed on or before January 5, 2018, and reply papers filed on or before January 19, 2018).

**IT IS SO ORDERED**.

Dated: November 22, 2017.

_____
UNITED STATES DISTRICT JUDGE