**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADVANCED STEEL RECOVERY, LLC, <br><br> Plaintiff, <br> v. <br><br> X-BODY EQUIPMENT, INC., JEWELL ATTACHMENTS, LLC, <br><br> Defendants. | Case No. 2:16-CV-00148-KJM-EFB <br><br> **ORDER GRANTING JOINT STIPULATION RE BRIEFING AND HEARING SCHEDULE FOR ANTICIPATED MOTIONS** |

RuyakCherian LLP
1936 University Avenue, Suite 350
Berkeley, CA 94704

Plaintiff Advanced Steel Recovery, LLC and Defendants X-Body Equipment Inc. and Jewell Attachments, LLC hereby jointly stipulate as follows:

On August 9, 2019, the Court issued its Claim Construction Order (ECF 101). The parties now have several motions they anticipate filing based upon entry of this Order. Defendants contemplate filing a motion for reconsideration of the Order as to collateral estoppel and regarding several claim terms, and the parties contemplate filing cross-motions on the priority date issue (Plaintiff alleges a priority date of June 13, 2008, while Defendants allege November 22, 2011).

The parties have stipulated, and the Court hereby Orders. as follows:

All such Motions by both parties will be filed by September 27, 2019.

The Oppositions by both parties will be filed by October 18, 2019.

The Replies by both parties will be filed by October 25, 2019.

The hearing on these motions will take place on November 1, 2019 or as soon thereafter as the Court shall determine.

SO ORDERED.

DATED: September 6, 2019.

_____
UNITED STATES DISTRICT JUDGE