Daniel M. Cislo, Esq., No. 125,378
   *dan@cislo.com*
Mark D. Nielsen, Esq., No. 210,023
   *mnielsen@cislo.com*
C. Wook Pak, Esq., No. 244,780
   *wpak@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Fax: (310) 394-4477

Attorneys for Plaintiff,
ADVANCED STEEL RECOVERY, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED STEEL RECOVERY, LLC, | Case No. 2:16-cv-00148-KJM-JDP |
| Plaintiff, | [Hon. Kimberly J. Mueller] |
| vs. | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME REGARDING PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND AMENDED COUNTERCLAIM** |
| X-BODY EQUIPMENT, INC., JEWELL ATTACHMENTS, LLC, J.D.M.L., INC. dba STANDARD INDUSTRIES, and ALLSTATE PAPER & METAL RECYCLING CO., INC. | |
| Defendants. | |

**ORDER GRANTING
STIPULATION FOR EXTENSION OF TIME**                               **Case No. 2:16-cv-00148-KJM-JDP**

## ORDER

Plaintiff, Advanced Steel Recovery, LLC ("Plaintiff" or "ASR") and Defendants X-Body Equipment, Inc. and Jewell Attachments, LLC ("Defendants") jointly stipulated to extend ASR's deadline to answer or otherwise respond to the Defendants' Second Amended Counterclaim (Docket No. 134) from November 17, 2020 to December 1, 2020.

Upon considering the parties' joint stipulation and finding good cause for the requested relief, **IT IS HEREBY ORDERED THAT** Plaintiff ASR shall have up to and including December 1, 2020 to answer or otherwise respond to Defendants' Second Amended Counterclaim, and that the parties shall complete the meet and confer process in conjunction with ASR's contemplated Rule 12 motion by no later than November 20, 2020.

IT IS SO ORDERED.

DATED: November 16, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE