UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED STEEL RECOVERY, LLC, | ) Case No. 2:16-cv-00148-KJM-JDP |
| Plaintiff, | ) |
| | ) ORDER GRANTING ENTRY OF |
| | ) STIPULATED PROTECTIVE ORDER |
| vs. | ) |
| | ) ECF No. 143 |
| X-BODY EQUIPMENT, INC., JEWELL ATTACHMENTS, LLC, J.D.M.L., INC. dba STANDARD INDUSTRIES, and ALLSTATE PAPER & METAL RECYCLING CO., INC. | ) |
| Defendants. | ) |

Plaintiff, Advanced Steel Recovery, LLC, and Defendants, X-Body Equipment, Inc. and Jewell Attachments, LLC (collectively "the Parties") have stipulated to the entry of a protective order. ECF No. 143. Based upon the papers submitted, the Court finds good cause to enter the Parties' Stipulated Protective Order. Therefore, the Parties' Stipulated Protective Order, ECF No. 143, is construed as a motion and granted.

IT IS SO ORDERED.

Dated: April 13, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

**[Proposed] Order Granting Entry of
Stipulated Protective Order**                                                   Case No. 2:16-cv-00148-KJM-JDP