Mark D. Nielsen, Esq., CA Bar No. 210,023
  *mark.nielsen@solidcounsel.com*
SCHEEF & STONE, LLP
2600 Network Boulevard, Suite 400
Frisco, Texas 75034
Telephone: (214) 472-2100
Fax: (214) 472-2150

- and -

Daniel M. Cislo, Esq., CA Bar No. 125,378
  *dan@cislo.com*
C. Wook Pak, Esq., CA Bar No. 244,780
  *wpak@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Fax: (310) 394-4477
Attorneys for Plaintiff,
ADVANCED STEEL RECOVERY, LLC

ROBERT M. HARKINS, JR. (SBN 179525)
bobh@ruyakcherian.com
RUYAKCHERIAN, LLP
1936 University Ave, Suite 350
Berkeley, CA  94704
Telephone: (510) 944-0190
Attorneys For Defendants,
X-BODY EQUIPMENT, INC. AND JEWELL ATTACHMENTS, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED STEEL RECOVERY, LLC, | Case No. 2:16-cv-00148-KJM-JDP |
| Plaintiff, | [Hon. Kimberly J. Mueller] |
| vs. | **FED.R.EVID. 502 ORDER** |
| X-BODY EQUIPMENT, INC., JEWELL ATTACHMENTS, LLC, J.D.M.L., INC. dba STANDARD INDUSTRIES, and ALLSTATE PAPER & METAL RECYCLING CO., INC. | |
| Defendants. | |

**ORDER**

Plaintiff, Advanced Steel Recovery, LLC ("Plaintiff" or "ASR") and Defendants X-Body Equipment, Inc. and Jewell Attachments, LLC ("Defendants"), by and through their respective counsel of record, have submitted a stipulation to the Court requesting the entry of an order pursuant to Fed. R. Evid. 502.

Upon considering the parties' stipulation, and finding good cause for the requested relief, **it is hereby ordered that**:

> The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

**IT IS SO ORDERED**.

DATED: March 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE