Mark D. Nielsen, Esq., CA Bar No. 210,023
  *mark.nielsen@solidcounsel.com*
SCHEEF & STONE, LLP
2600 Network Boulevard, Suite 400
Frisco, Texas 75034
Telephone: (214) 472-2100
Fax: (214) 472-2150

- and -

Daniel M. Cislo, Esq., CA Bar No. 125,378
  *dan@cislo.com*
C. Wook Pak, Esq., CA Bar No. 244,780
  *wpak@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Fax: (310) 394-4477

Attorneys for Plaintiff,
ADVANCED STEEL RECOVERY, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADVANCED STEEL RECOVERY, LLC, | Case No. 2:16-cv-00148-KJM-JDP |
| Plaintiff, | |
| vs. | **ORDER EXTENDING CASE DEADLINES** |
| X-BODY EQUIPMENT, INC., JEWELL ATTACHMENTS, LLC, J.D.M.L., INC. dba STANDARD INDUSTRIES, and ALLSTATE PAPER & METAL RECYCLING CO., INC. | |
| Defendants. | |

**ORDER**

Plaintiff, Advanced Steel Recovery, LLC ("Plaintiff" or "ASR") and Defendants X-Body Equipment, Inc. and Jewell Attachments, LLC ("Defendants"), by and through their respective counsel of record, have submitted a stipulation to the Court requesting that the Court extend the existing case deadlines by approximately 90 days to permit the Parties additional time to exhaust their present settlement discussions.

Upon considering the parties' stipulation, and finding good cause for the requested relief,

**IT IS HEREBY ORDERED THAT**:

The case deadlines are extended as follows:

| Task/Deadline | Current Dates | Agreed-Upon Proposed New Dates |
|---|---|---|
| Fact Discovery Cutoff (including deadline for compliance with any orders based on fact discovery motions) | 8/26/2022 | 11/18/2022 |
| Initial Expert Reports (for issues on which the disclosing party has the burden of proof) | 9/23/2022 | 12/16/2022 |
| Rebuttal Expert Reports | 10/21/2022 | 1/20/2023 |
| Expert Discovery Cutoff (including deadline for compliance with any orders based on expert discovery motions) | 12/2/2022 | 3/3/2023 |
| Deadline to hear Dispositive Motions (Agreed Briefing Schedule – moving papers due at least 42 days before hearing; opposition papers due at least 28 days before hearing; reply papers due at least 14 days before hearing) | 2/17/2022 | 5/12/2023 |
| Final Pretrial Conference | TBD (at the Court's | TBD (at the Court's |

| | | |
|---|---|---|
| | convenience) | convenience) |
| Trial Start Date (5-6 day jury trial) | TBD (at the Court's convenience) | TBD (at the Court's convenience) |

**IT IS SO ORDERED**.

DATED: July 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE