UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Advanced Steel Recovery, LLC, | No. 2:16-cv-00148-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| X-Body Equipment, Inc. and Jewell Attachments, LLC, | |
| Defendants. | |

Plaintiff and Counterdefendant Advanced Steel Recovery, LLC (ASR) moves for leave to answer counterclaims by X-Body Equipment, Inc. and Jewell Attachments, LLC. *See* Mot. Am., ECF No. 164. Although ASR has answered previous iterations of those counterclaims, its counsel inadvertently omitted to answer the most recent amendments. *See* Nielsen Decl. ¶ 3, ECF No. 164-2. X-Body and Jewell do not oppose the motion. *See* Statement, ECF No. 165. For good cause shown, the motion (ECF No. 164) is **granted**. ASR is granted leave to file its Answer to Defendants' Second Amended Counterclaims, as attached to ASR's supporting Brief filed with the motion papers, within seven days of the date this order is filed.

IT IS SO ORDERED.

DATED: August 24, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1