Mark D. Nielsen, Esq., CA Bar No. 210,023
    *mark.nielsen@solidcounsel.com*
SCHEEF & STONE, LLP
2600 Network Boulevard, Suite 400
Frisco, Texas 75034
Telephone: (214) 472-2100
Fax: (214) 472-2150

- and -

Daniel M. Cislo, Esq., CA Bar No. 125,378
    *dan@cislo.com*
C. Wook Pak, Esq., CA Bar No. 244,780
    *wpak@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Fax: (310) 394-4477

Attorneys for Plaintiff,

ADVANCED STEEL RECOVERY, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADVANCED STEEL RECOVERY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> X-BODY EQUIPMENT, INC., JEWELL ATTACHMENTS, LLC, J.D.M.L., INC. dba STANDARD INDUSTRIES, and ALLSTATE PAPER & METAL RECYCLING CO., INC. <br><br> Defendants. | Case No. 2:16-cv-00148-KJM-JDP <br><br> **ORDER EXTENDING CASE DEADLINES** |

# ORDER

Plaintiff, Advanced Steel Recovery, LLC ("Plaintiff" or "ASR") and Defendants X-Body Equipment, Inc. and Jewell Attachments, LLC ("Defendants"), by and through their respective counsel of record, have submitted a stipulation to the Court requesting that the Court extend the existing case deadlines by approximately 90 days.

Upon considering the parties' stipulation, and finding good cause for the requested relief,

**IT IS HEREBY ORDERED THAT**:

The case deadlines are extended as follows:

| Task/Deadline | Current Dates | Agreed-Upon Proposed New Dates |
|---|---|---|
| Fact Discovery Cutoff (including deadline for compliance with any orders based on fact discovery motions) | 11/18/2022 | 2/24/2023 |
| Initial Expert Reports (for issues on which the disclosing party has the burden of proof) | 12/16/2022 | 3/17/2023 |
| Rebuttal Expert Reports | 1/20/2023 | 4/14/2023 |
| Expert Discovery Cutoff (including deadline for compliance with any orders based on expert discovery motions) | 3/3/2023 | 5/19/2023 |
| Deadline to hear Dispositive Motions (Agreed Briefing Schedule – moving papers due at least 42 days before hearing; opposition papers due at least 28 days before hearing; reply papers due at least 14 days before hearing) | 5/5/2023 | 7/14/2023 |
| Final Pretrial Conference | TBD (at the Court's convenience) | TBD (at the Court's convenience) |

| Trial Start Date (5-6 day jury trial) | TBD (at the Court's convenience) | TBD (at the Court's convenience) |

**IT IS SO ORDERED**.

DATED: October 13, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE