UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Advanced Steel Recovery, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>X-Body Equipment, Inc., et al.,<br><br>    Defendants. | No. 2:16-cv-00148-KJM-JDP<br><br>ORDER |

    On October 8, 2019, more than three years ago, the court granted defendant Allstate Paper & Metal Recycling Co., Inc., thirty days to file a substitution of counsel. Prior Order at 5, ECF No. 110. Allstate failed to respond, and the court received a notice of non-delivery of the court's order. Min. Order, ECF No. 118. The court ordered plaintiff Advanced Steel Recovery, LLC, to file a notice advising the court of Allstate's most current address within seven days. *Id.* Plaintiff filed a response. Response, ECF No. 119. The Clerk of Court promptly re-served the court's order directing substitution of counsel, and it was not returned. Allstate still has not filed a substitution of counsel and is an unrepresented corporate entity. *See* E.D. Cal. L.R. 183(a) ("A corporation or other entity may appear only by an attorney."). Further, several of the court's later orders have been returned as undeliverable to the address of Allstate and its CEO, defendant James Lin. Plaintiff has never sought an entry of default as to either Allstate or Lin. On

February 6, 2023, plaintiff filed an updated notice of change of address for Allstate.  Resp. & Notice, ECF No. 175.

    Within fourteen days of the filing date of this order, plaintiff is ordered to show cause why the claims against defendants Allstate and Lin should not be dismissed with prejudice for failure to prosecute.

    IT IS SO ORDERED.

DATED:  February 16, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE