Mark D. Nielsen, Esq., CA Bar No. 210,023
  *mark.nielsen@solidcounsel.com*
SCHEEF & STONE, LLP
2600 Network Boulevard, Suite 400
Frisco, Texas 75034
Telephone: (214) 472-2100
Fax: (214) 472-2150

- and -

Daniel M. Cislo, Esq., CA Bar No. 125,378
  *dan@cislo.com*
C. Wook Pak, Esq., CA Bar No. 244,780
  *wpak@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Fax: (310) 394-4477

Attorneys for Plaintiff,
ADVANCED STEEL RECOVERY, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED STEEL RECOVERY, LLC, | Case No. 2:16-cv-00148-KJM-JDP |
| Plaintiff, | [Hon. Kimberly J. Mueller] |
| vs. | **ORDER EXTENDING DEADLINE TO FILE DISMISSAL DOCUMENTS (DKT. 181)** |
| X-BODY EQUIPMENT, INC., JEWELL ATTACHMENTS, LLC, J.D.M.L., INC. dba STANDARD INDUSTRIES, and ALLSTATE PAPER & METAL RECYCLING CO., INC. | |
| Defendants. | |

**ORDER**

Plaintiff, Advanced Steel Recovery, LLC ("Plaintiff" or "ASR") and Defendants X-Body Equipment, Inc. and Jewell Attachments, LLC ("Defendants"), by and through their respective counsel of record, have submitted a stipulation to the Court requesting that the Court extend the April 27, 2023 deadline for the parties to file dismissal documents (Dkt. 181).

Upon considering the parties' stipulation, and finding good cause for the requested relief,

**IT IS HEREBY ORDERED THAT**:

The deadline for the parties to submit dismissal documents to the Court is extended to May 4, 2023.

**IT IS SO ORDERED**.

Dated:  May 3, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE