# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED STEEL RECOVERY, LLC, | Case No. 2:16-cv-00148-KJM-JDP |
| Plaintiff, | [Hon. Kimberly J. Mueller] |
| vs. | **ORDER DISMISSING CASE** |
| X-BODY EQUIPMENT, INC., JEWELL ATTACHMENTS, LLC, J.D.M.L., INC. dba STANDARD INDUSTRIES, and ALLSTATE PAPER & METAL RECYCLING CO., INC. | |
| Defendants. | |

## ORDER

Having reviewed the Parties' concurrently-filed Joint Stipulation of Dismissal, and finding good cause, the Court hereby grants the relief requested in the Stipulation as follows:

(1) The Complaint by ASR against X-Body, Jewell, and Standard in this action (including as amended) is hereby dismissed in its entirety, with prejudice;

(2) As to Allstate, ASR's action is hereby dismissed, without prejudice;

(3) The currently pending Counterclaims by X-Body and Jewell against ASR in this action (including as amended) are hereby dismissed in their entirety, without prejudice;

(4) Each party (or "side") shall bear its own attorneys' fees, costs, and expenses in connection with this action;

(5) The Clerk of Court is directed to close this case; and

(6) The Court in its discretion declines to retain jurisdiction over the enforcement of the settlement agreement.

**IT IS SO ORDERED**.

Dated: May 9, 2023.

CHIEF UNITED STATES DISTRICT JUDGE